UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TEN (10) ASSORTED FIREARMS,

    Defendant.

_____/

File No. 1:09-CV-1088

Hon. Paul L. Maloney
Chief U.S. District Judge

## JUDGMENT OF FORFEITURE BY DEFAULT

This cause having come before the Court on Plaintiff's Petition for Judgment of Forfeiture by Default and it appearing that no person has contested the forfeiture of the firearms described as ten (10) assorted firearms (the "Defendant Firearms") and further described as follows:

    a)    One Springfield Armory .45 caliber pistol, Serial No. M1911A1;

    b)    One .32 caliber pistol (manufacturer unknown), Serial No. 13609;

    c)    One Ruger Super Redhawk revolver, Serial No. 55171515;

    d)    One Remington Arms Model 700 rifle, Serial No. 66474250;

    e)    One Marlin Firearms .22 rifle (model unknown; no serial number);

    f)    One Ruger Model 77/17 rifle, Serial No. 70286546;

    g)    One Ruger Model M77 Mark II rifle, Serial No. 78244307;

    h)    One Mossberg Model 42M rifle, (No serial number);

    I)    One New England Firearms Ultra Model Shotgun, Serial No. NS229013; and

    j)    One Stoeger Arms Condor shotgun, Serial No. 16609107;

It further appearing that publication has been duly made in this matter, and that due notice was given; accordingly, the Court finds:

1. That process was duly issued in this cause and that the Defendant Firearms was duly seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives;

2. That no person has filed a claim or answer to the Defendant Firearms;

3. That the allegations set forth in the Complaint are taken as admitted with respect to the Defendant Firearms;

Based upon the above and the Court being otherwise fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED**:

1. That judgment of forfeiture by default be and the same is hereby entered against the Defendant Firearms.

2. That all persons claiming any right, title or interest in or to the Defendant Firearms are held in default.

3. That the Defendant Firearms be and the same is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1).

4. That the Bureau of Alcohol, Tobacco, Firearms and Explosives be and is hereby directed to dispose of the Defendant Firearms according to applicable law and regulations.

Dated: April 12, 2010

/s/ Paul L. Maloney
HON. PAUL L. MALONEY
Chief United States District Judge